| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | | | | |
|---|---|---|---|---|---|
| Debtor 1: | MATTHEW | RAY | WHETTEN | Case #: | 25-10176 JGR |
| | First Name | Middle Name | Last Name | | |
| Debtor 2: | | | | Chapter: | 13 |
| | First Name | Middle Name | Last Name | | |

## Local Bankruptcy Form 3015-1.4
## Confirmation Status Report

**Complete applicable sections and check applicable boxes.**

### Report

The debtor(s) submits the following status report pursuant to L.B.R. 3015-1 and states as follows:

The debtor(s) filed for chapter 13 relief on **01/21/2025**. The debtor(s) attended 11 U.S.C. § 341(a) Meeting of Creditors on **02/25/2025.**

### Notice and Service Date

The last plan to be noticed and served was dated **05/29/2025** at docket no. **40**.

List all prior plans and dates of filing:

| Plan | Date of filing | Docket No. |
|---|---|---|
| Chapter 13 Plan | 01/21/2025 | 3 |
| Amended Chapter 13 Plan | 04/03/2025 | 22 |

### Objections

X  The following objections have been filed:

| Name of Objecting Party | Docket No. |
|---|---|
| Chapter 13 Trustee | 45 |

   AND

X  The debtor complied with the "Meet & Confer" requirements of L.B.R. 3015-1.

### Summary of Objections

| Objection | Debtor's response |
|---|---|
| Chapter 13 Trustee - numerous - missing priority tax years | The debtor is in the process of preparing all remaining missing priority tax returns. Remaining issues to be resolved in an Amended Plan. |

### Resolution of Objections by Amended Plan

**Use this section if the debtor intends to resolve the objection(s) by filing an amended plan.**

a. Filing of Amended Plan.

   X The debtors intend to file an amended plan on or before 07/24/2025. The anticipated amended plan will make the following changes: Resolve all issues raised in OTC.

b. Treatment of Objections by Amended Plan.

   X The amended plan is intended to resolve all of the objections filed;

c. Notice of Amended Plan:

   X Request to limit notice: the debtor requests notice of the amended plan be limited for the following reasons: Debtor requests limited notice on the Chapter 13 Trustee, all objecting parties, all parties requesting notice and any adversely impacted creditors. The amended plan will provide for an increase to class four creditors.

d. Objection Time Period for Amended Plan:

   X Objection deadline pursuant to Fed. R. Bankr. P. 2002(a): the debtor contends notice of the amended plan should be for the full objection period set forth in Fed. R. Bankr. P. 2002(a).

### Resolution of Objections by Judicial Determination

N/A

### Other Information of Status of Case

Debtor is still working on finalizing all missing priority tax years but expects to have them completed soon. Debtor requests leave to file a fourth plan to allow for time to get taxes filed and submitted to the Trustee and tax authorities.

### Signature of Debtor's Attorney or Debtor (if unrepresented)

Dated: 07/10/2025

By: */s/ Matt McCune*
Matt McCune
Attorney for Debtor(s)
2101 Pearl St.
Boulder, CO 80302
P 303-759-0728
matt@mccunelegal.com